```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**FREDERICK R. MORGAN**              :        **CIVIL ACTION**
         **v.**                  :
**DR. EDELMAN, et al.**               :        **NO. 02-4098**

## O R D E R

AND NOW, this        day of June, 2002, plaintiff having failed to either pay the $150 filing fee to commence this action or file a motion to proceed in forma pauperis, the Clerk of Court is directed to CLOSE this action statistically. Plaintiff may reassert this action in the United States District Court for the Middle District of Pennsylvania, where venue appears to be properly laid pursuant to 28 U.S.C. § 1391(b).[1]

**BY THE COURT:**


_____                    _____
                                           **J. CURTIS JOYNER, J.**

---

1. Because the defendants in this action appear to reside in the Middle District of Pennsylvania, and plaintiff's claims arose at S.C.I. Mahanoy, which is located in the Middle District of Pennsylvania, this action may not be brought in the United States District Court for the Eastern District of Pennsylvania.